**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Robert L. Hyde, Esq. (227183)
bob@westcoastlitigation.com
Crosby S. Connolly, Esq. (286650)
crosby@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff,*
Sonia E. Anaya

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SONIA E. ANAYA,**<br><br>          Plaintiff,<br><br>     v.<br><br>**D. SCOTT CARRUTHERS, A PROFESSIONAL CORPORATION,**<br><br>          Defendant. | **Case No.:** 3:17-cv-76 MEJ<br><br>**NOTICE OF SETTLEMENT**<br><br>**HON. MARIA-ELENA JAMES** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff SONIA E. ANAYA ("Plaintiff") and Defendant D. SCOTT CARRUTHERS, A PROFESSIONAL CORPORATION ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint Motion for Dismissal of the Action with Prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after August 6, 2017 for filing a Joint Dismissal.

Date: June 6, 2017                                    **KAZEROUNI LAW GROUP, APC**

                                                    By:   /s Matthew M. Loker_____
                                                          MATTHEW M. LOKER, ESQ.
                                                          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement* has been filed this 6th day of June 2017, through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                        ___/s/ Matthew M. Loker___
                                                             Matthew M. Loker