Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

*Attorneys for Plaintiff,*
Sonia E. Anaya

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Sonia E. Anaya, | **Case No.: 3:17-cv-00076-MEJ** |
|---|---|
| Plaintiff, | **JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| D. Scott Carruthers, A Professional Corporation, | **HON. MAGISTRATE MARIA-ELENA JAMES** |
| Defendant. | |

Plaintiff Sonia E. Anaya (hereinafter "Plaintiff"), and Defendant D. Scott Carruthers, (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties"), hereby move to dismiss the above entitled action with prejudice, with this Court to retain jurisdiction for purposes of settlement.

//
//
//
//
//

WHEREFORE, the Parties respectfully request that this Court dismiss this action with prejudice, with this Court to retain jurisdiction for purposes of settlement.

Dated: October 19, 2017 **HYDE & SWIGART**

By: s/Crosby S. Connolly
Crosby S. Connolly
Attorney for Plaintiff

Dated: October 19, 2017

By: s/John Robert Marshall
John Robert Marshall
Attorney for Defendant

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to John Robert Marshall, counsel for the Defendant, and that I have obtained his authorization to affix his electronic signature to this document.

Dated; October 19, 2017 **Hyde & Swigart**

/s/ Crosby S. Connolly
Crosby S. Connolly
Attorney for Plaintiff