IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sonia E. Anaya,<br><br>    Plaintiff,<br><br>v.<br><br>D. Scott Carruthers, A Professional Corporation,<br><br>    Defendant. | Case No.: 3:17-cv-00076-MEJ<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>HON. MAGISTRATE MARIA-ELENA JAMES |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice, with this Court to retain jurisdiction for purposes of settlement.

IT IS ORDERED.

Dated: October 19, 2017

_____
HON. MAGISTRATE MARIA-ELENA JAMES
UNITED STATES DISTRICT JUDGE